UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA),<br><br>Petitioner,<br><br>v.<br><br>THE KINGDOM OF SPAIN,<br><br>Respondent. | Civil Action No. 1:18-cv-1148 (TSC) |
| FORESIGHT LUXEMBOURG SOLAR 1 S.À.R.L., et al.,<br><br>Petitioners,<br><br>v.<br><br>THE KINGDOM OF SPAIN,<br><br>Respondent. | Civil Action No. 1:20-cv-925 (TSC) |

**NOTICE OF WITHDRAWAL OF JAMES E. BERGER,
CHARLENE C. SUN AND ERIN COLLINS AS PLAINTIFFS' COUNSEL**

PLEASE TAKE NOTICE THAT James E. Berger, Charlene C. Sun and Erin Collins have withdrawn as attorneys for Petitioners Foresight Luxembourg Solar 1 S.À.R.L., Foresight

Luxembourg Solar 2 S.À.R.L., Greentech Energy Systems A/S (now known as Athena Investments A/S), GWM Renewable Energy I S.P.A., and GWM Renewable Energy II S.P.A. (collectively, the "Foresight Petitioners") in Civil Action No. 1:20-cv-925 (TSC).

The undersigned certifies that Mr. Berger, Ms. Sun and Ms. Collins left the law firm of King & Spalding LLP on October 8, 2021 (Mr. Berger and Ms. Sun) and January 3, 2022 (Ms. Collins) to join another law firm.

The Foresight Petitioners will continue to be represented by Thomas C.C. Childs in Civil Action No. 1:20-cv-925 (TSC).

Dated: New York, NY
April 6, 2022

Respectfully submitted,

/s/ Thomas C.C. Childs

Thomas C.C. Childs (D.D.C. Bar No. NY0449)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2167
Fax: (212) 556-2222
tchilds@kslaw.com

*Attorneys for the Foresight Petitioners*